UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 24-CR-201-TNM-2
:
ERIC ZEIS, :
:
Defendant. :

### ORDER

Pursuant to the motion filed by the United States, ECF 29, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of January, 2025.

_____
HONORABLE TREVOR N. MCFADDEN
United States District Court Judge